UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:23-CR-00219** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FLORENTINO ARRIAGA** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, and noting the Defendant's WAIVER OF OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 44], this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 50] is correct and adopts the findings and conclusions as its own,

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the PLEA AGREEMENT [Doc.47] filed into the record of these proceedings, the guilty plea of the Defendant, Florentino Arriaga is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment [Doc. 17], consistent with the REPORT AND RECOMMENDATION. [Doc. 50].

THUS, DONE AND SIGNED in Chambers on this 23rd day of February 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE